ACCEPTED
01-15-00073-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/31/2015 10:18:39 AM
CHRISTOPHER PRINI
CLERK

## NO. 01-15-00073-CV

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | FILED IN<br>1st COURT OF APPEALS |
| **THE MARRIAGE OF** | § | **IN THE FIRST COURT** HOUSTON, TEXAS |
| | § | 3/31/2015 10:18:39 AM |
| **CORNELIS P. WILLIG** | § | CHRISTOPHER A. PRINE |
| **AND** | § | **OF APPEALS** Clerk |
| **MARCELA GUTIERREZ DIAZ** | § | **HOUSTON, TEXAS** |

## APPELLANT CORNELIS P. WILLIG'S
## MOTION TO ABATE APPEAL

Appellant Cornelis P. Willig hereby asks the Court to abate the appeal of this case so that the Trial Court may prepare and file its Findings of Fact and Conclusions of Law in this matter.

### A. Introduction

1. Appellant is Cornelis P. Willig, Petitioner in the underlying divorce action. Appellee is Marcela Gutierrez Diaz, Respondent in the underlying divorce action in which Respondent filed a Special Appearance and a Plea in Abatement in response to Petitioner's Original Petition for Divorce. After a hearing was held n Respondent's Special Appearance and Plea in Abatement, the trial Court granted Respondent's Special Appearance.

2. Appellant timely filed and requested Findings of Fact and Conclusions of Law; timely presented to the trial Court specifically requested, and proposed to the trial Court, Findings of Fact and Conclusions of Law; and timely filed his Notice of Past Due Findings of Fact and Conclusions of Law with the Court. Because there were two or more grounds on which the Court could have ruled in Appellant's favor, the Court should grant this Motion and abate the appeal so that the trial Court may prepare and file its findings of fact and conclusions of law.

1

## B. Arguments and Authorities

3. The Court has authority to grant this motion because if findings of face and conclusions of law are properly requested, the trial court has a mandatory duty to file findings and conclusions. *Cherne Indus, Inc. V. Magallanes*, 763 SW2d 768, 772 (Tex.1989). The trial court's failure to comply with a proper request to prepare and file findings of fact and conclusions of law is presumed harmful, unless the record affirmatively shows that the complaining party suffered no injury. *Id.* An appellant is harmed if there are two or more possible grounds on which the Court could have ruled and the Appellant is left to guess the basis for the trial Court's ruling. *Zieba v. Martin*, 928 SW2d 782, 786 (Tex.App.-Houston [14th Dist.] 1993, no writ), citing *Groggins v. Leo*, 849 SW2d 373, 379 (Tex.App.-Houston [14th Dist] 1993, no writ); *Electric Power Design, Inc., v. R. A. Hanson Co.*, 821 SW2d 170,171 (Tex.App.-Houston [14th Dist.] 1991, no writ).

4. In this case, the Trial Court ruled in favor of Appellee when it granted the Appellee's Special Appearance on the basis that a Court in the Netherlands had acquired jurisdiction over the matter pending before the Trial Court in Harris County Texas. The Appellant intends to argue to this Court that the uncontradicted testimony and a subsequent ruling by the Court in the Netherlands clearly established that the filing in the Netherlands was established and accomplished after and subsequent to the filing by Petitioner of his divorce petition in Harris County, so it was later in time at its time of filing in the Netherlands than the Harris county action. Accordingly the proper remedy in this situation is to abate the appeal and direct the Trial Court to enter Findings of Fact and Conclusions of Law as properly requested by Appellant in order to correct its error pursuant to Rule 44.4 of the Rules of Appellate

2

Procedure.

5. Granting the motion and abating the appeal at this time will allow the Appellant to address all issues in one brief rather than two.

## C. Prayer

6. For these reasons, Appellant asks the Court to grant this motion and abate the appeal in this case to allow the Court to direct the trial court to correct the error pursuant to TRAP 44.4(2)(b).

Respectfully Submitted,

Andres P. Chaumont
State Bar No.: 15779400
806 Daria
Houston, Texas 77079
Tel: (281) 493-3999
Fax: (281) 493-3993
Email: anch88@trip.net
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I hereby certify that on this day I conferred with Mr. Michael Busby, counsel for the Appellee. Mr. Busby stated that he is opposed to the granting of this Motion.

Date: March 31, 2015

Andres P. Chaumont
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Abate was served on Appellee's counsel of record, Mr. Michael Busby, 2909 Hillcroft, Suite 350, Houston, Texas 77057 ; Fax: 713-974-1181 by telephonic document transfer to said fax number on March 31, 2015.

Andres P. Chaumont

3